**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JARED PECHT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) 1:09CV2783 |
| | ) |
| NCO FINANCIAL SYSTEMS, INC. | ) |
| | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL**

The parties hereby stipulate to the dismissal of this matter, with prejudice and with costs awarded to neither party.

Respectfully submitted,

| | |
|---|---|
| /s/ Thomas E. Soule | /s/ James K. Schultz |
| Daniel A. Edelman, Esq. | James K. Schultz, Esq. |
| Thomas E. Soule, Esq. | SESSIONS, FISHMAN, NATHAN |
| EDELMAN, COMBS, LATTURNER | & ISRAEL, LLP |
| & GOODWIN, L.L.C. | 55 West Monroe, Suite 1120 |
| 120 S. LaSalle Street, 18th Floor | Chicago, IL 60603 |
| Chicago, Illinois 60603 | Telephone: (312) 578-0990 |
| Telephone: (312) 739-4200 | Facsimile: (312) 578-0991 |
| Facsimile: (312) 419-0379 | jschultz@sessions-law.biz |
| courtecl@edcombs.com | |

**CERTIFICATE OF SERVICE**

I, Thomas E. Soule, hereby certify that the preceding document was filed with the Court on October 8, 2009, and served upon counsel for defendant, James Schultz (jschultz@sessions-law.biz), by operation of the Court's electronic filing system, on the same date.

/s/ Thomas E. Soule
Thomas E. Soule

1